UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ROBERT C. DEBACCO,

    Plaintiff,

v.                                          Case No:  2:12-cv-256-Ftm-99SPC

JEFFREY T. DEBACCO,

    Defendant.
_____/

## ORDER

This matter comes before the Court on Amended Partially Agreed Motion to Extend Deadlines in Scheduling Order (Doc. #36) filed on March 22, 2013.  Plaintiff moves for an order extending the deadlines in the Case Management and Scheduling Order (Doc. #27) by 90 days. The Court finds that Plaintiff has not shown good cause to extend the deadlines by 90 days. However, since the Defendant has agreed to a lesser extension of time, the Court will extend the deadlines as agreed to by the Defendant as set forth below.

Accordingly, it is now

**ORDERED:**

Amended Partially Agreed Motion to Extend Deadlines in Scheduling Order (Doc. #36) is **GRANTED in part**.  The deadlines in this case are extended as follows:

- Discovery deadline extended to May 15, 2013;

- Mediation deadlines extended to May 30, 2013; and

- Dispositive motion deadline is extended to May 31, 2013.

**All other deadlines remain unchanged.**

   **DONE** and **ORDERED** in Fort Myers, Florida this 8th day of April, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:  All Parties of Record