UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ROBERT C. DEBACCO,

    Plaintiff,

v.                                              Case No:  2:12-cv-256-FtM-38UAM

JEFFREY T. DEBACCO,

    Defendant.
_____/

## ORDER[1]

This matter comes before the Court on the Plaintiff Robert C. Debacco's Notice of Voluntary Dismissal (Doc. #55) filed on July 2, 2013.  The Plaintiff gives notice to the Court that he voluntarily dismisses the Complaint with prejudice.

Except as provided in Rule 41(a)(1) (dismissal by stipulation or before an answer or motion for summary judgment has been filed), dismissal of an action must be by court order. Kokkonen v. Guardian Life Ins. Co. of America, 511 U.S. 375, 378-381, 114 S. Ct. 1673, 1675-1677, 128 L. Ed. 2d 291 (1994); Anago Franchising, Inc. v. Shaz, LLC., 677 F.3d 1272, 1280 (11th Cir. 2012). Fed. R. Civ. P. 41(a)(2) provides that "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." "The district court enjoys broad discretion in determining

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

whether to allow a voluntary dismissal under Rule 41(a)(2)." Pontenberg v. Boston Sci. Corp., 252 F.3d 1253, 1255 (11th Cir. 2001). A "voluntary dismissal should be granted unless the defendant will suffer clear legal prejudice, other than the mere prospect of a subsequent lawsuit, as a result." *Id.* (internal quotation marks omitted).

In this instance, the Plaintiff notified the Court (Doc. # 54) that a settlement agreement has been reached between the Parties and now files Notice (Doc. # 55) that the cause of action is voluntarily dismissed with prejudice.

Accordingly, it is now

**ORDERED:**

Pursuant to Fed. R. Civ. P. 41(a)(2), this action is **DISMISSED** with prejudice. The Clerk shall enter judgment accordingly, terminate all previously scheduled deadlines and pending motions, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 2nd day of July, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record